# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
PAULINE M. STATHIS, et al.,         *
                                    *
            Plaintiffs,             *
                                    *
v.                                  *   No. 14-61C
                                    *   Filed: January 3, 2022
UNITED STATES,                      *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * *   *
```

### O R D E R

The court is in receipt of the parties' joint stipulation of dismissal with prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2021), this court **ORDERS** that this case be **DISMISSED,** with prejudice.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
